# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KIM R. HOGAN

NO. 2022 KW 0617

**SEPTEMBER 12, 2022**

---

In Re:    Kim R. Hogan, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2430-F-2021.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of St. Tammany Parish shows the district court denied relator's "Motion to Quash as Unconstitutional" and "Motion for Appointment of Experts and/or funding thereof" on June 22, 2022.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
FOR THE COURT